**F I L E D**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-41233
Summary Calendar

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

TRINIDAD ROY GARZA,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-02-CR-227-01
--------------------

Before JOLLY, HIGGINBOTHAM, and DAVIS, Circuit Judges.

PER CURIAM:[*]

     Trinidad Roy Garza appeals his guilty plea conviction for illegal reentry following deportation, in violation of 8 U.S.C. § 1326(a). He argues that the district court denied him his right to allocution at sentencing because the district court's comments were discouraging, intimidating, and confusing.

     Although no objection was made in the district court, we review de novo whether the district court complied with FED. R. CRIM. P. 32(c)(3)(C). United States v. Echegollen-Barrueta,

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

195 F.3d 786, 789 (5th Cir. 1999).  Our review of the sentencing transcript indicates that the district court complied with FED. R. CRIM. P. 32(c)(3)(C).

AFFIRMED.